1026

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD GARCIA RANGEL, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-1-01759-8, Michael W. Leavitt, J., entered December 20, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Kurtz, JJ.

ROBERT E. HIBBS, ET AL., *Respondents*, v. CATHERINE E. GUTSCHMIDT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-22095-5, Richard D. Eadie, J., entered May 30, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Becker, C.J., and Agid, J.

JEFFREY A. BARRETT, ET AL., *Appellants*, v. ERIC L. FREISE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-04620-1, Ronald L. Castleberry, J., entered September 27, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Agid, JJ. Now published at 119 Wn. App. 823.

THE STATE OF WASHINGTON, *Respondent*, v. DERECK ANTHONY NICHOLSON II, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-09318-1, Robert H. Alsdorf, J., entered March 18, 2002. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Kennedy and Ellington, JJ. Now published at 119 Wn. App. 855.